

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Greenbroz, Inc., a Nevada corporation
          Plaintiff
       v.
Laeger Built, LLC, an Oregon limited liability company dba Trimbros.com; Jeffery Laeger, an individual; Does 1-10
          Defendant

Laeger Built, LLC, an Oregon limited liability company
          Counter Claimant
       v.
Greenbroz, Inc., a Nevada corporation
          Counter Defendant

**Civil Action No.** 16-cv-02946-CAB-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The parties' Joint Motion for Entry of an Agreed Judgment is Hereby Granted. The case has been settled in accordance with the terms of the Agreed Judgment. Further, as set forth in the settlement "all claims and counterclaims not disposed of in the Agreed Judgment are dismissed with prejudice." Accordingly, the Clerk of the Court shall Close the case. It is So Ordered.

Date: 5/1/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
          J. Gutierrez, Deputy